# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0960
_____

LADON M. GREEN,

     Petitioner,

     v.

STATE OF FLORIDA,

     Respondent.

_____

Petition for Writ of Mandamus -- Original Jurisdiction.


April 3, 2018


PER CURIAM.

The petition for writ of mandamus is denied on the merits.

WOLF, ROBERTS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Ladon M. Green, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.